METRO. SEWERAGE DIST. v.
   N.C. WILDLIFE RESOURCES COMM.

   No. 442P90

   Case below: 100 N.C.App. 171

   Petition by defendant for temporary stay allowed 10 September 1990. Petition by defendant for writ of supersedeas allowed 3 October 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.

NORTH BUNCOMBE ASSN. OF
   CONCERNED CITIZENS v. RHODES

   No. 434A90

   Case below: 100 N.C.App. 24

   Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 3 October 1990. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 October 1990. Stay dissolved and petition by plaintiffs for writ of supersedeas denied 3 October 1990.

OHIO CASUALTY GROUP v. OWENS

   No. 332P90

   Case below: 99 N.C.App. 131

   Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 13 September 1990.

RICKS v. TOWN OF SELMA

   No. 309PA90

   Case below: 99 N.C.App. 82

   Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.

STATE v. ARNOLD

   No. 245A90

   Case below: 98 N.C.App. 518

   Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 October 1990.